# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, D.C. KING, G.G. GERDING**
**Appellate Military Judges**

## UNITED STATES OF AMERICA

v.

## EVOL S. GREEN
## LANCE CORPORAL (E-4), U.S. MARINE CORPS

### NMCCA 201400219
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 31 January 2014.
**Military Judge**: Col M.B. Richardson, USMC.
**Convening Authority**: Commanding Officer, Marine Aviation
Logistics Squadron 13, Marine Aircraft Group 13, 3d Marine
Aircraft Wing, MarForPac, Yuma, AZ.
**Staff Judge Advocate's Recommendation**: LtCol K.C. Harris,
USMC.
**For Appellant**: LCDR John Zelinka, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

### 28 August 2014

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted
without assignment of error, we affirm the findings and sentence
as approved by the convening authority.  Art. 66(c), Uniform
Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court